In the Matter of the Petition of BROOKLYN BAR ASSOCIATION. ARCHIE N. MASLOW, an Attorney.— Motion to confirm report of an official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Petition of BROOKLYN BAR ASSOCIATION. EMANUEL ROSENBERG, an Attorney. In the Matter of the Petition of BROOKLYN BAR ASSOCIATION. LEON FISCHBEIN, an Attorney. — Matter referred to Honorable Charles C. Lockwood, Official Referee to hear and to report with his opinion. Present — Carswell, Johnston, Adel and Wenzel, JJ.; Lewis, P. J., not voting.

KENNETH W. KELLER, as Administrator of the Estate of EDWARD R. KELLER, Deceased, et al., Respondents, v. TRIBORO COACH CORPORATION, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1022.]

LENA MALINSKY, Appellant, v. MORRIS LEVINE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1030.]

B. FRANKLIN MOSS et al., Copartners, Trading under the Name of HENRY MOSS & Co., Respondents, v. CONGOLEUM-NAIRN, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [273 App. Div. 1023.]

ISIDORE NEUWIRTH, Plaintiff, v. PHILIP MELVIN, Defendant. MAURICE EDELBAUM, Appellant; SEYMEL BUILDING CORP. et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Lewis, P. J., Carswell, Adel and Wenzel, JJ., concur; Johnston, J., concurs on ground that leave to appeal is unnecessary. [See 273 App. Div. 1026.]

DANIEL NEWMAN et al., Respondents, v. WEST PARK HOMES, INC., Defendant, and JACOB GRAIFER, Appellant.— Motion for leave to appeal to the Appellate Division and for other relief denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

HARRY G. PULLMAN, Respondent, v. SAIA STERNGASS, Appellant.— Motion referred to the court that rendered the decision. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. On the court's motion, the decision of this court handed down June 14, 1948. (ante, p. 806) is amended to read as follows: Judgment of an official referee permanently restraining appellant and others from interference with the use by the respondent, his guests, patrons, etc., of certain facilities located upon the real property of the appellant, from interfering with the quiet enjoyment of the premises leased to the respondent, and directing the removal of obstructions and fences, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ.

FREDERICK G. QUERN, Appellant, v. GEORGE F. HAGGERTY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 979.]